**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Orlando MORENO, Defendant—
Appellant.**

No. 04–50488.

United States Court of Appeals,
Ninth Circuit.

Submitted March 8, 2006.*

Decided March 17, 2006.

John J. Kirby, Jr., Esq., Joseph S. Smith, Jr., USSD—Office of the U.S. Attorney, San Diego, CA, for Plaintiff—Appellee.

Robert A. Garcia, Esq., San Diego, CA, for Defendant—Appellant.

Before: CANBY, BEEZER, and KOZINSKI, Circuit Judges.

MEMORANDUM **

Orlando Moreno appeals from the 108–month sentence imposed following his guilty plea conviction to conspiracy to possess and possession of cocaine with intent to distribute on board a vessel, in violation of 46 U.S.C. § 1903(a)(j). We have jurisdiction pursuant to 28 U.S.C. § 1291.

We remand to the sentencing court for further proceedings consistent with *United States v. Ameline,* 409 F.3d 1073, 1084–85 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez,* 419 F.3d 906, 916 (9th Cir.2005).

**REMANDED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.